UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Giovanni-Francesco Picchi,

                                *Plaintiff*,              Case No.: 22-cv-03558

                                                     **FED.R.CIV.P. 68 JUDGMENT**

           - *against* -

Tartuflanghe USA Corp., Paolo Montanaro, and
Stefania Montanaro,

                                *Defendants*.
-----------------------------------------------------------X

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Tartuflanghe USA Corp., Paolo Montanaro, and Stefania Montanaro (collectively, the "Defendants"), having offered to allow Plaintiff Giovanni-Francesco Picchi ("Plaintiff") to take a judgment against the Defendants in this action for the total sum Thirty Thousand Dollars and Zero Cents ($30,000.00), inclusive of reasonable attorney's fees, costs, and expenses, and apportioned to the legal representation of Plaintiff, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action, Plaintiff's attorney having confirmed acceptance of Defendants' offer of judgment, it is,

      ORDERED, ADJUDGED, AND DECREED, that Plaintiff has judgment in the amount of $30,000.00 as against Defendants.

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that this action is hereby dismissed with prejudice as against Defendants.

Dated: May 19 , 2022
       New York, New York

                                                                         SO ORDERED:

                                                                       *Paul A. Engelmayer* (signature)
                                                                       Paul A. Engelmayer
                                                                       U.S.D.J.