**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Giovanni-Francesco Picchi,

|  |  |
|---|---|
| *Plaintiff*, | Case No.: 22-cv-03558 |

- against -

Tartuflanghe USA Corp., Paolo Montanaro, and
Stefania Montanaro,

**NOTICE OF SATISFACTION
OF FED.R.CIV.P. 68 OFFER OF
JUDGMENT**

*Defendants*.
-------------------------------------------------------------X

WHEREAS, on May 19, 2022, the Honorable Paul A. Engelmayer, U.S.D.J., entered a judgment in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00) against Defendants Tartuflanghe USA Corp., Paolo Montanaro, and Stefania Montanaro (collectively, the "Defendants"), in favor of Plaintiff Giovanni-Francesco Picchi ("Plaintiff"), pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P.") [Dckt. No. 11] (the "Fed.R.Civ.P. 68 Judgment");

NOTICE IS HEREBY GIVEN that as of the date of this filing, Defendants have satisfied the Fed.R.Civ.P. 68 Judgment;

THEREFORE, satisfaction of the Fed.R.Civ.P. 68 Judgment having been acknowledged, it is respectfully requested that the Clerk of Court make an entry of satisfaction of the Fed.R.Civ.P. 68 Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Joshua D. Levin-Epstein, Esq.
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0046
Email: Joshua@levinepstein.com
*Attorneys for Plaintiff*

_____
Notary Public

JASON MIZRAHI
Notary Public, State of New York
Registration #02MI636999
Qualified in Queens County
Commission Expires Sept. 5, 2025