```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GIOVANNI-FRANCESCO PICCHI,

                          Plaintiff,

        -against-

TARTUFLANGHE USA CORP., PAOLO MONTANARO,
and STEFANIA MONTANARO,

                        Defendants.
-----------------------------------------------------------------X

22-CV-3558 (PAE) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Notice of Acceptance with Offer of Judgment filed on May 19, 2022 (doc. no 9) the Initial Case Management Conference currently scheduled for **August 11, 2022** is hereby adjourned *sine die*.

    SO ORDERED.

DATED:    New York, New York
               May 20, 2022

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge